| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JOHN P. REITMAN (State Bar No. 80579)<br>jreitman@landaufirm.com<br>MONICA RIEDER (State Bar No. 263250)<br>mrieder@landaufirm.com<br>LANDAU LAW LLP<br>2338 Manning Ave.<br>Los Angeles, CA 90064<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| In re:<br>Eagan Avenatti, LLP,<br><br><br>Debtor(s). | CASE NO.:  8:19-bk-13560-SC<br><br>ADVERSARY NO.: 8:21-ap-01081-SC<br><br>CHAPTER:  7 |
|---|---|
| Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff(s).<br>vs.<br>Michael Q. Eagan; The Law Offices of Michael Q. Eagan,<br><br><br><br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE:  12/01/2021<br>TIME:  11:00 a.m.<br>COURTROOM: 5C<br>ADDRESS:  411 W. Fourth St.<br>Santa Ana, CA 92701 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

   The parties have stipulated to an extension of time for the defendants to respond to the complaint. Docket No. 9. Per the order approving that stipulation, the defendants' deadline to respond to the complaint is extended through and including January 18, 2022. Docket No. 10. The trustee is unable to provide substantive answers to the remainder of the questions in this form until the defendants have responded to the complaint and the case is at issue. The defendants are still seeking counsel to represent them in this matter.

   In the meantime, the parties have been discussing a potential resolution of the issues raised in the complaint, and the parties will continue to do so.

B. <u>**READINESS FOR TRIAL**</u>:

   1. When will you be ready for trial in this case?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Unknown | |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Unknown | |

   3. When do you expect to complete <u>your</u> discovery efforts?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Unknown | |

   4. What additional discovery do you require to prepare for trial?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Unknown | |

C. <u>**TRIAL TIME**</u>:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Unknown | |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Unknown | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is  ☐ is not  requested | Pretrial conference ☐ is  ☐ is not  requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    The parties have been discussing a potential resolution of the issues raised in the complaint, and the parties will continue to do so.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 11/17/2021

Landau Law LLP
Printed name of law firm

/s/ John P. Reitman
Signature

John P. Reitman
Printed name

Attorney for: Richard A. Marshack, Ch. 7 Trustee

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*              Page 4              **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Avenue, Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): **_Unilateral Status Report_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 18, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **John P. Reitman**   jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Monica Rieder**   mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 18, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael Eagan, Esq.
Law Offices of Michael Q. Eagan, LLP
1 Embarcadero Ctr., Ste. 3600
San Francisco, CA 94111-3705

Law Offices of Michael Q. Eagan, LLP
1 Embarcadero Ctr., Ste. 3600
San Francisco, CA 94111-3705

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 18, 2021 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**